# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 20, 2015

### NO. 03-15-00072-CR

**Clemente Alejandro Davila, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment adjudicating guilt. However, there was error in the judgment adjudicating guilt that requires correction. Therefore, the Court modifies the trial court's judgment adjudicating guilt as follows: to reflect that the "Offense for which Defendant Convicted" is "Aggravated Sexual Assault of a Child," the "Statute for Offense" is "22.021(a)(1)(B)(i), (2)(B) Penal Code," appellant's "Plea to Motion to Adjudicate" was "Not True," and appellant's surname is "Davila." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.